NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

TIMOTHY RYAN HAMMOCK,     )
     )
     Appellant,     )
     )
v.     )     Case No. 2D17-5019
     )
STATE OF FLORIDA,     )
     )
     Appellee.     )
     )

Opinion filed May 22, 2019.

Appeal from the Circuit Court for Polk
County; William D. Sites and Reinaldo
Ojeda, Judges.

Timothy Ryan Hammock, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Johnny T. Salgado,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.

     Affirmed.


NORTHCUTT, BLACK, and LUCAS, JJ., Concur.